Mark E. Lowary, Esq. - SBN: 168994
David R. Casady, Esq. – SBN: 273282
Amanda N. Griffith, Esq. – SBN: 288164
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, CA 95661
Telephone: (916) 846-9391
Facsimile:  (916) 672-9290

Attorneys for Defendants,
RASH CURTIS & ASSOCIATES and
CREDIT BUREAU OF UKIAH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BURTON, <br><br> Plaintiff, <br> vs. <br><br> RASH CURTIS & ASSOCIATES; <br> CREDIT BUREAU OF UKIAH, INC.; <br> And DOES 1 – 10 inclusive, <br><br> Defendant(s). | CASE NO: <br><br> Mendocino County Case No. MC UK CVC 1720536 <br><br> **DEFENDANTS, RASH CURTIS & ASSOCIATES AND CREDIT BUREAU OF UKIAH, INC.'S, NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants RASH CURTIS & ASSOCIATES AND CREDIT BUREAY OF UKIAH, INC., hereby removes to the Court, the state court action described below:

1. On November 29, 2017, an action was commenced in Superior Court, State of California, Mendocino County, entitled DONNA BURTON, Plaintiff, v. RASH CURTIS & ASSOCIATES; CREDIT BUREAU OF UKIAH, INC., Defendants as case number MC UK CVC 1720536.

2. On or about December 1, 2017, RASH CURTIS & ASSOCIATES and CREDIT BUREAU OF UKIAH, INC., were served with the Summons and Complaint, attached hereto as

1  **Exhibit A**.; consequently, the timing of this removal is proper. *See* **28 U.S.C. § 1446(b)(1)**. The contents of **Exhibit A** represents all process, pleadings, and orders served upon RASH CURTIS & ASSOCIATES and CREDIT BUREAU OF UKIAH, INC. in the original state court matter.

3. This Court has jurisdiction to hear this case because this action is a civil action of which this Court has original jurisdiction under **28 U.S.C. § 1131**, and is one which may be removed to this Court by Defendants pursuant to the provisions of **28 U.S.C. § 1441(a)** in that it arises under the federal Fair Debt Collection Practices Act (**15 U.S.C. § 1692,** *et seq.*)**,** the federal Telephone Consumer Protection Act (**47 U.S.C. § 227,** *et seq.*).

DATED: December 18, 2017              BERMAN BERMAN BERMAN
                                      SCHNEIDER & LOWARY, LLP

                                By:_____/s/*Amanda N. Griffith*_____
                                      MARK E. LOWARY, ESQ.
                                      DAVID R. CASADY, ESQ.
                                      AMANDA N. GRIFFITH, ESQ.
                                      Attorneys for Defendants
                                      RASH CURTIS & ASSOCIATES and
                                      CREDIT BUREAU OF UKIAH, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF PLACER       )

   I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action. My business address is 2390 Professional Drive, Roseville, California 95661.

   On December 18, 2017, I served the foregoing document described as **"DEFENDANTS, RASH CURTIS & ASSOCIATES AND CREDIT BUREAU OF UKIAH, INC.'S, NOTICE OF REMOVAL"** on the interested parties in this action by placing a [X] true copy thereof [] the original document enclosed in a sealed envelope addressed as follows:
**[SEE ATTACHED SERVICE LIST]**

  X   **(BY MAIL)**   In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Roseville, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

  ___   **(BY ELECTRONIC MAIL)**   Based on the parties' agreement to accept service by electronic transmission, I sent the above document(s) to the person(s) at the electronic address(es) noted in the attached service list from my electronic service address which is "damain@b3law.com"

  ___   **(BY OVERNIGHT MAIL)**
       ___   I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or Overnite Express.

  ___   **(BY PERSONAL SERVICE)**
       ___   By personally delivering copies to the person served.
       ___   I delivered such envelope by hand to the office of the addressee pursuant to C.C.P. Section 1011.
       ___   I caused such envelope to be delivered by hand to the office of the addressee, by local courier service.
       ___   I caused such envelope to be delivered to the office of the addressee, by telecopier or facsimile machine. Proof of such delivery is attached hereto.

<u>STATE</u>

  X   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Executed on December 18, 2017, at Roseville, California.

  Debbie Main                                                                  *[Signature]*
  Name                                                                          Signature

**Service List**

*Burton vs. Rash Curtis & Associates, et al.*
Mendocino County Superior Court
Case No:   MC UK CVC 1720536

Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone:  (877) 206-4741
Facsimile:   (866) 633-0228
**Attorneys for Plaintiff, DONNA BURTON**