IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA BURTON,

    Plaintiff,

v.

RASH CURTIS & ASSOCIATES, CREDIT BUREAU OF UKIAH, INC., and DOES 1–10, inclusive,

    Defendants.

No. C 17-07172 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for her notice of settlement in the captioned matter and cautions the parties that all deadlines and hearings are active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: June 18, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE