# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BURTON,<br><br>    Plaintiff<br><br>    v.<br><br>RASH CURTIS & ASSOCIATES, et. al.,<br><br>    Defendant | Case No.<br><br>17-cv-07172-WHA<br><br>~~(PROPOSED)~~ ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: __August 6, 2018._____

_____
Honorable Judge of the District Court